THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
SC Department of Social Services, Respondent,
v.
Jose Antonio Rodriguez and Crystal Rodriguez, Defendants,
of whom Crystal Rodriguez is Appellant.
In the interest of: Jose Rodriguez, DOB: 2-20-92, Pedro Rodriguez, DOB: 2-8-93, Tomas Rodriguez, DOB: 7/8/94, Minors under the age of 18/F
 
 
 

Appeal From Abbeville County
 Billy A. Tunstall, Jr. , Family Court Judge

Unpublished Opinion No.  2005-UP-464
Submitted July 1, 2005  Filed July 26, 2005

AFFIRMED

 
 
John D. Compton, III, of Greenwood, for Appellant.
Scarlet B. Moore, of Greenwood, for Respondent.
Douglas Lamar Bell, of Greenwood, and Paul L. Agnew, of Abbeville, for Guardian Ad Litem.
 
 

PER CURIAM: Crystal Rodriguez appeals a family court order terminating her parental rights to her minor children Jose, Pedro, and Tomas.  The family court terminated Rodriguezs parental rights based on her failure to support and visit her children, and a finding that termination of parental rights was in the childrens best interests.
Pursuant to Ex parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), Rodriguezs counsel attached to the record of the family court proceedings an affidavit stating his belief that the pending appeal lacks merit.  Rodriguez did not file a pro se response.
After reviewing the transcript in its entirety, we hold there are no meritorious issues warranting additional briefing.  Accordingly, we affirm the family courts decision to terminate Rodriguezs parental rights.
AFFIRMED.[1]
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rules 215 and 220(b)(2), SCACR.